UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-181-RGK; SA CR 09-132-RGK-3 | Date | September 11, 2014 |
|---|---|---|---|
| Title | KUMAR v. UNITED STATES | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS)** Order Denying Certificate of Appealability (DE 22)

On July 7, 2014, The Court entered an order denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255. On August 27, 2014, Petitioner filed a Notice of Appeal to the Court of Appeals for the Ninth Circuit. On the same date, Petitioner filed the current Request for Certificate of Appealability.

Under 28 U.S.C. § 2253(c)(2), a Certificate of Appealability ("COA") may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that, to obtain a COA under § 2253(c), the prisoner must show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000) (internal quotation marks omitted); *see also Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

After review of Defendant's contentions in support of his motion and the Court's prior Order, this Court finds that Defendant has not made the requisite showing with respect to the claims for which the COA is sought.

Accordingly, issuance of a COA is **denied**.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____